# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**TRACY LAMONT DAVIS,**

    Plaintiff,

          **CASE NO.**    **3:11-CV-90**

**-vs-**

          **District Judge Timothy S. Black**
          **Magistrate Judge Sharon L. Ovington**

**RYAN MACCONNELL,** *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    **[ ]**  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**  **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendations of the United States Magistrate Judge (Doc. 17); **OVERRULES** Plaintiff's Objections (Doc 18)**;** and **DISMISSES the case WITHOUT PREJUDICE**.

Date:  November 7, 2011              **JAMES BONINI, CLERK**

                                                By: <u>s/ M. Rogers</u>
                                                Deputy Clerk